JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL ACADEMY OF RECORDING ARTS & SCIENCES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTIAN GRAMMY AWARDS, et al.<br><br>        Defendants. | No.  CV 19-09365 PA (MAAx)<br><br>JUDGMENT AND PERMANENT INJUNCTION |

In accordance with the Court's July 14, 2020 Order granting Plaintiff National Academy of Recording Artist's ("Plaintiff") Motion to Voluntarily Dismiss defendant Karina Castro Garcia and Plaintiff's Motion for Default Judgment as to defendants Christian Grammy Awards, and Amigos Unidos Transformando Vidas, Inc., it is hereby ORDERED, ADJUDGED, AND DECREED that:

    1.    Defendant Karina Castro Garcia is dismissed without prejudice;

    2.    Defendant Amigos Unidos Transformando Vidas, Inc. shall transfer the domain <christiangrammyawards.com> to Plaintiff; and

    3.    Defendants Christian Grammy Awards and Amigos Unidos Transformando Vidas, Inc., as well as their officers, agents, successors, and assignees, are permanently enjoined from engaging in the following acts:

A. Using the GRAMMY® Trademarks in connection with any marketing, sales, distribution, promotion, advertising, identification, or in any other manner in connection with any events or awards ceremonies located in the United States; and

B. Continued prosecution of the application to register the CHRISTIAN GRAMMY AWARDS word and design mark under U.S. Application Number 88,605,478.

4. Plaintiff shall recover its costs of suit.

DATED: July 14, 2020

_____
Percy Anderson
United States District Judge

-2-